UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

2019 SEP 13 P 2:39

Plaintiff(s): United States of America and Jeffrey A. Goodwin

Defendant(s): North Hampton PD, State of New Hampshire and DHHS and Ami L Morency

COMPLAINT

**Parties to this Complaint**

Plaintiff(s)'s Name, Address and Phone Number

United States of America and Jeffrey A. Goodwin
9 Rice Terrace Apt. #C
Hampton, NH 03842
603-944-0212
603-906-3939

Defendant(s)'s Name, Address and Phone Number

North Hampton PD and State of New Hampshire and DHHS and Ami L Morency
5 Slippery Rock
North Hampton, NH

**Jurisdiction and Venue:**
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Add additional sheets as necessary.)

AFTER REPORTING A CRIME: TO NH DHHS INVESTIGATIONS

* I AM SEEKING PROTECTION ALLOWED AND GUARANTEED UNDER THE FEDERAL THE FALSE CLAIM ACT.    EXHIBIT (D) (ADMITTED BY AMY L MORENCY)

I REPORTED "SUSPECTED" CRIMES TO NH DHHS ADMITTED TO ME OVER A PERIOD OF TIME. RELATED TO ACTIVITIES OF AN EMPLOYEE. IN VIOLATION OF THE FALSE CLAIM ACT AND WHISTLE BLOWER PROTECTIONS INCLUDING BUT NOT LIMITED TO STATUTES § 3023-3077. MY IDENTITY WAS REVEALED TO THE ACCUSED. PLEASE SEE EXHIBIT (A) REFERENCING A RESTRAINING ORDER ISSUED WITHOUT REGARD.

MISS MORENCY REVEALED APPROX 2+ YEARS AGO THAT SHE LIED ABOUT HER FELONIOUS ON HER APPLICATION PAST TO GAINFULL EMPLOYMENT TO RECIEVE COMPENSATION FROM FEDERALLY FUNDED NH DHHS. I FEAR FOR MY SAFETY.

**Statement of Claim:**
(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

Ami L Morency AND State of NH DHHS

(1) Admitted lying about felony on job application
(2) Illegal use and possession of public notary
(3) Admitted deceiving court officials about felony during Jury Selection

Exhibit B

(1) The State of New Hampshire DHHS and employees conspired to reveal my identity to an accused (Ami L Morency) which resulted in: I was served with a protective order by Ami Morency and State of NH. Along with other injuries & harm my 1st, 2nd, 4th, 6th, 8th and 14th Amendment Rights have been violated. And no NH agency or police will take my report.

**Relief Requested from the Court:**
(Briefly state exactly what you want the Court to do for you. Add additional sheets as necessary.)

(1st) ON BEHALF OF THE UNITED STATES OF AMERICA AND JEFFREY A GOODWIN: IMMEDIATE RELIEF AND RELEASE FROM PROTECTIVE ORDER ISSUED BY JUDGE DEVRIES ON BEHALF OF Ami L MORENCY AND NH EXHIBIT (A) § 3073

(2ND) IMMEDIATE FEDERAL PROTECTION ORDER PREVENTING Ami L. MORENCY FROM CONTACT OR HARM STATE OF NH AND DHHS AND ANY EMPLOYEE. § 3073

(3RD) FULL INVESTIGATION OF CLAIMS MADE ABOUT Ami L, MORENCY AND NH-DHHS, EMPLOYEES, POLICE DEPARTMENT NH STATE POLICE - REFUSED TO TAKE REPORTS NORTH HAMPTON POLICE - REFUSED TO PROPERLY INVESTIGATE MISS MORENCY NOR TAKE REPORTS I WAS INJURED UPON ARREST 2018.

(4TH) FULL COMPENSATION ALLOWED BY STATUTE § 3072 PLEASE SEE ADDITIONAL IN EXHIBITS (C) AND (E)

**Jury Demand**

[X] ~~Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).~~ DISREGARD

[X] Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: 09/13/19

Signature: [signature]