FILED - USDC -NH
2025 AUG 8 PM 2:54

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

# Jeffrey Goodwin

**Plaintiff(s)**

v.

NH Department of Health and Human Services, North Hampton PD and Ami L. Morency

**Defendant(s)**

Case No. 1:2019cv00967

**MOTION TO/FOR** Seal Case Files and/or Redact personal information

(enter title of motion)

1) I am seeking to have case # 1:2019cv00967 files placed under seal and/or redact personal information. This filing was based upon the False Claims Act and it was not accepted by the court. I was under the impression that it was automatically sealed to prevent leaking my identity; however, it is publicly available online and has caused issues with my identity and personal life. There is another filing associated with this that was sealed and I would like to make sure my privacy is protected.
2) The filing was not accepted and will not be pursued, as the matter is settled.
3) I am also seeking to have the filing fee of $400.00 returned to me.

Enter text of motion using numbered paragraphs (explain what you want the court to do). The field will expand as you type.

Date: 08/06/2025

Signature: [signature]

## MEMORANDUM OF LAW

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

☐ I have attached a supporting memorandum of law to this motion.

☑ I have NOT attached a memorandum of law because none is required (explain your reasoning below).

The qui tam provisions begin at § 3730(b) of the FCA; § 3730(b)(1) states that a person may file a qui tam action. Section 3730(b)(2) provides that a qui tam complaint must be filed with the court under seal. The complaint and a written disclosure of all the relevant information known to the relator must be served on the U.S. Attorney for the judicial district where the qui tam was filed and on the Attorney General of the United States.

## CONCURRENCES SOUGHT

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

I certify the following (choose one):

☐  All parties have assented/agreed to this motion.

☐  I made a good faith attempt, but was unable to successfully obtain concurrence/agreement from all parties.

☑  I have NOT attempted to obtain concurrence/agreement because it is not required.

## CERTIFICATE OF SERVICE

I hereby certify that this motion was electronically filed in the court's electronic filing system and served on the following persons on the date and in the manner specified below:

Person(s) served electronically (via ECF):

Person(s) served by mail. Please include address(es):

Person(s) served by hand:

Date of Service: _____

Signature: _____
Name: _____
Address: _____

Phone: _____
Email: _____

MANCHESTER NH 030
7 AUG 2025 AM 3 L

USDC- New Hampshire
55 Pleasant St., Rm. 110
Concord, NH 03301

Guewin
ER Apt C
, NH